89 A.3d 656

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marvin ATKINS, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is REMANDED for reconsideration in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa.2013).